UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 2:07CR19** |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **WILLIAM DENNIS WOLFE** | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment herein.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment herein is hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to transmit this Order electronically to the United States Attorney, defense counsel, United States Marshal, and the United States Probation Office.

Signed: October 2, 2007

Lacy H. Thornburg
United States District Judge